## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

***Robert David Fox, Esq.***

**DATE OF ADMISSION**

***November 12, 1985***

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: May 29, 2026**

Nicole Traini
Chief Clerk