# DISTRICT COURT OF THE VIRGIN ISLANDS
## CLERK'S OFFICE



**Glenda L. Lake, Esquire**
**Clerk of Court**

**www.vid.uscourts.gov**

## CLERK'S NOTICE REGARDING CONSENT TO REFERENCE OF CIVIL ACTION OR PROCEEDING TO A MAGISTRATE JUDGE

---

**Notice is given pursuant to 28 U.S.C. §636(c), Fed. R. Civ. P. 73 and Local R. Civ. P. 73.1**

The Clerk of Court is required to give the parties written notice of their opportunity to consent under 28 U.S.C §636(c) and Fed. R. Civ. P. 73 at the time a civil action is commenced. The Clerk's Office will provide the standard notice and consent form (AO-085) to the plaintiff at the time the complaint is filed and attach copies to the summons for service upon defendant.

A party's decision to consent, or not to consent, will not be made known to the assigned judge or magistrate judge unless the parties have consented to the reference to the magistrate judge.

Pursuant to Local Rule of Civil Procedure 73.1, the plaintiff must submit the completed AO-085 form with the Clerk of Court only if all parties have consented to the exercise of jurisdiction by a United States Magistrate Judge. To submit the AO-085 form electronically through the court's ECF system, select the event **"Consent to Jurisdiction of Magistrate Judge by Plaintiff".**

Should you have any questions or concerns about this form, please contact the Clerk's Office in either division.

**DO NOT RETURN THIS FORM TO A JUDGE.**

☐  **Ron de Lugo Fed. Bldg. & Courthouse, 5500 Veteran's Drive, Suite 310, St. Thomas, Virgin Islands 00802-6424**
**Phone: 340-774-0640 Fax: 340-775-8075**

☐  **Almeric L. Christian Fed. Bldg. & Courthouse, 3013 Estate Golden Rock, Lot #13, Christiansted, Virgin Islands 00820-4355**
**Phone: 340-718-1130 Fax: 340-712-7180**

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant* | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

## Reference Order

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:    Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.