**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**ST. THOMAS AND ST. JOHN DIVISION**

SAVE CORAL BAY, INC.,
CORAL BAY COMMUNITY COUNCIL,
and DAVID SILVERMAN,

Plaintiffs,

NO. 3:26-cv-00042

UNITED STATES ARMY CORPS OF ENGINEERS, the DISTRICT COMMANDERS FOR THE JACKSONVILLE DISTRICT OF THE ARMY CORPS OF ENGINEERS, MATTHEW A. WESTCOTT and BRANDON BOWMAN (in their official capacity), and the CHIEF, PALM BEACH GARDENS SECTION, ARMY CORPS OF ENGINEERS (in her official capacity),

Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2026, I electronically filed a true and correct copy of the Complaint, along with a Summons to each of the named Defendants, with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all registered participants.

I further certify that on August 11, 2026, I have caused the Summons and Complaint to be served upon the named Defendants, via certified mail, as follows:

Civil Process Clerk
U.S. Attorney’s Office 5500 Veterans Drive – Room 260
St. Thomas, Virgin Islands 00802-6214

Office of the U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530-0009

United States Army Corps of Engineers
701 San Marco Boulevard
Jacksonville, FL  32207-8175

District Commanders for the Jacksonville
District of the Army Corps of Engineers
701 San Marco Boulevard
Jacksonville, FL  32207-8175

Matthew A. Westcott
U.S. Army Corps of Engineers
701 San Marco Boulevard
Jacksonville, FL  32207-8175

Brandon Bowman
U.S. Army Corps of Engineers
701 San Marco Boulevard
Jacksonville, FL  32207-8175

Chief, Palm Beach Gardens Section
U.S. Army Corps of Engineers
4400 PGA Boulevard – Suite 500
Palm Beach Gardens, FL  33410-6557

DATED:  August 18, 2026.

/s/ Melody D. Westfall
Melody D. Westfall, Esq.
WESTFALL LAW PLLC
Attorneys for Plaintiffs
5032 Anchor Way
Christiansted, St. Croix  00820