IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| SAVE CORAL BAY, INC.,<br>CORAL BAY COMMUNITY COUNCIL,<br>and DAVID SILVERMAN<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, the DISTRICT COMMANDERS FOR THE JACKSONVILLE DISTRICT OF THE ARMY CORPS OF ENGINEERS, MATTHEW A. WESTCOTT and BRANDON BOWMAN (in their official capacity), and the CHIEF, PALM BEACH GARDENS SECTION, ARMY CORPS OF ENGINEERS (in her official capacity)<br><br>Defendants. | Case No. 3:26-cv-00042<br><br>Action for Declaratory and Injunctive Relief |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that The Law Office of John H. Benham, P.C. , by John H. Benham, now appears for Proposed Intervenor The Summer's End Group, LLC in the above-captioned matter and requests that all pleadings, motions and correspondence be directed to the undersigned.

This notice of appearance by counsel is without prejudice to any defense or objection by this Intervenor which may be presented either by pleading or motion in this action.

Law Office of John H. Benham, P.C.

Dated: September 30, 2026

By: /s/ John H. Benham III

V.I. Bar No. 130
P.O. Box 11720
St. Thomas, VI 00801-4720
Tel: (340) 244-7626
E-mail: john@benhamlawvi.com

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED That on the 30th day of September 2026, I, the undersigned, caused a true and exact copy of the foregoing Notice of Appearance to be served by this Court's ECF system on counsel of record for all parties which have appeared in this action.

/s/ John H. Benham