**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **SAVE CORAL BAY, INC., CORAL BAY COMMUNITY COUNCIL, and DAVID SILVERMAN,**<br>Plaintiffs,<br>v.<br><br>**UNITED STATES ARMY CORPS OF ENGINEERS, the DISTRICT COMMANDERS FOR THE JACKSONVILLE DISTRICT OF THE ARMY CORPS OF ENGINEERS, MATTHEW A. WESTCOTT and BRANDON BOWMAN (in their official capacity), and the CHIEF, PALM BEACH GARDENS SECTION, ARMY CORPS OF ENGINEERS (in her official capacity),**<br>Defendants. | **CIVIL NO. 3:26-CV-00042** |

## NOTICE OF APPEARANCE

**COMES NOW**, Defendant, the United States of America, by and through its counsel, Adam F. Sleeper, United States Attorney for the District of the Virgin Islands and hereby advises the Court that Assistant U.S. Attorney A. Brian McIntosh will be representing the United States of America on behalf of the federal agencies and federal employees sued in their individual capacity, in the above-captioned civil case as local co-counsel.

Henceforth, please direct all pleadings, motions, and correspondence to Assistant U.S. Attorney A. Brian McIntosh's attention at his address in the signature below.

Respectfully submitted,

**ADAM F. SLEEPER**
UNITED STATES ATTORNEY

Dated: October 15, 2026

By: *s/ A. Brian McIntosh*

A. Brian McIntosh
Assistant United States Attorney
Office of the U.S. Attorney
Ron de Lugo Federal Building
5500 Veterans Drive, Suite 260
St. Thomas, VI 00802-6424
Telephone: 340-715-9419
Brian.McIntosh@usdoj.gov