**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| SAVE CORAL BAY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>Defendants,<br><br>and<br><br>SUMMER'S END GROUP, LLC,<br><br>Intervenor-Defendant. | Case No. 3:26-cv-00042 |

**NOTICE OF APPEARANCE**

Please enter the appearance of Amber Dutton-Bynum as counsel for Federal Defendants. Ms. Dutton-Bynum is registered to use the Court's electronic case management and filing system and may be served electronically via CM/ECF. Alternatively, if necessary, service of papers to Ms. Dutton-Bynum should be addressed to:

U.S. Mail (including USPS Priority Mail Services):

Amber Dutton-Bynum
United States Department of Justice
Energy & Natural Resources Division
Natural Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611

Overnight or Hand Delivery:

Amber Dutton-Bynum

United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M Street NE
Suite 3.123
Washington, D.C. 20002

Ms. Dutton-Bynum's telephone number is (202) 330-2649 and her email address is amber.dutton-bynum@usdoj.gov.

Dated: October 27, 2026

Respectfully Submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*<u>/s/ Amber Dutton-Bynum</u>*
AMBER DUTTON-BYNUM
(DC Bar No. 1778319)
Trial Attorney
Energy & Natural Resources Division
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone (202) 330-2649
Amber.Dutton-Bynum@usdoj.gov

<u>Overnight Address</u>:
150 M Street NE
Suite 3.1234
Washington, D.C. 20002

*Attorney for the United States*