**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

SAVE CORAL BAY, INC., et al.,

Plaintiffs,

v.

UNITED STATES ARMY CORPS OF ENGINEERS, et al.,

Defendants,

and

SUMMER'S END GROUP, LLC,

Intervenor-Defendant.

Case No. 3:26-cv-00042

**NOTICE OF APPEARANCE**

Please enter the appearance of Chelsea Welch as counsel for Federal Defendants. Ms. Welch is registered to use the Court's electronic case management and filing system and may be served electronically via CM/ECF. Alternatively, if necessary, service of papers to Ms. Welch should be addressed to:

U.S. Mail (including USPS Priority Mail Services):

Chelsea Welch
United States Department of Justice
Energy & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611

Overnight or Hand Delivery:

Chelsea Welch
United States Department of Justice
Energy & Natural Resources Division
Natural Resources Section
150 M Street, NE
Suite 3.1607
Washington, D.C. 20002

Ms. Welch's telephone number is (202) 598-7104 and her email address is chelsea.welch@usdoj.gov.

Dated: October 28, 2026

Respectfully Submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Chelsea Welch*
CHELSEA WELCH
(DC Bar No. 90040798)
Trial Attorney
Energy & Natural Resources Division
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
Telephone (202) 598-7104
Chelsea.Welch@usdoj.gov

Overnight Address:
150 M Street NE
Suite 3.1607
Washington, D.C. 20002

*Attorney for Federal Defendants*